IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 4:06CR00032-2     Date: 4/26/16

**Defendant:** GARY BERNARD GRANT  **Counsel:** Fay F. Spence, Esq. (FPD)
(summonsed)

PRESENT:
| | | |
|---|---|---|
| JUDGE: | Hon. Jackson L. Kiser | TIME IN COURT: 10:19 – 10:20 = 0:01 |
| Deputy Clerk: | Heather McDonald | |
| Court Reporter: | Carol Jacobs | |
| U. S. Attorney: | R. Andrew Bassford, Esq. | |
| USPO: | Kristy Burton | |
| Case Agent: | None | |
| Interpreter: | None | |

PROCEEDINGS:
Defendant failed to appear for revocation hearing. Court orders a bench warrant be issued.